UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CUSHMAN & WAKEFIELD U.S., INC.,                            :
                                                           :  No. _____
           Plaintiff,                                      :
                                                           :
   v.                                                      :
                                                           :  **RULE 7.1 CORPORATE**
BOCA PARTNER VENTURES II LLC a/k/a                         :  **DISCLOSURE STATEMENT**
BOCA VENTURE PARTNERS II a/k/a                             :
BOCA VENTURES II,                                          :
                                                           :
           Defendants.                                     :
                                                           :
-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff Cushman & Wakefield U.S., Inc. ("Plaintiff") certifies that Plaintiff is a wholly-owned, indirect subsidiary of Cushman & Wakefield PLC, a publicly traded corporation. Cushman & Wakefield PLC is not aware of any publicly held corporation owning 10% or more of its total common stock.

Dated:   New York, New York
           August 1, 2022

                                      LOEB & LOEB LLP

                                      By: */s/ Gil Feder*
                                          Gil Feder
                                          Jordan A. Meddy
                                          345 Park Avenue
                                          New York, NY 10154
                                          Telephone: (212) 407-4000
                                          gfeder@loeb.com
                                          jmeddy@loeb.com

                                        *Attorneys for Plaintiff Cushman & Wakefield U.S., Inc.*